**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Javier BONNILLA–GUTIEREZ,**
**Defendant—Appellant.**

**No. 04–30401.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Katheryn Kim Frierson, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Catherine L. Floit, Esq., Shoreline, WA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Javier Bonnilla–Gutierez appeals from the 87–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Bonnilla–Gutierez was sentenced under the then-mandatory Sen-

tencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 915–16 (9th Cir. 2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.